JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE HICKS,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF ANAHEIM; ANAHEIM POLICE DEPARTMENT OFFICER CHRISTIAN EDWARD MCCUTCHEON and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: 8:24-cv-01811-JFW-ADSx<br><br>ORDER RE: PLAINTIFF'S REQUEST TO DISMISS COMPLAINT WITHOUT PREJUDICE |

    Pending before this Court is Plaintiff's Request to Dismiss the Complaint submitted by Plaintiff Vance Hicks. After reviewing the request and supporting evidence, the Court finds good cause to dismiss this lawsuit pursuant to Rule 41 of the Federal Rules of Civil Procedure. Therefore,

    IT IS HEREBY ORDERED Plaintiff's Request to Dismiss the Complaint is **granted**. Plaintiff's Complaint is dismissed without prejudice.

Dated: September 17, 2024

    _____
    Honorable John F. Walter
    United States District Judge

---

1

ORDER RE: REQEST TO DISMISS COMPLAINT